UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Layla Linegar, | Civ. No. 10-4956 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Mark Lobanoff, M.D.<br>and North Suburban Eye<br>Specialists, LLP, | |
| Defendants. | |

This Court has scheduled a hearing on the pending Motion for Summary Judgment and Motion to Exclude Expert Witness in this medical malpractice case. Since the Motions were filed, Plaintiff and her attorneys have apparently come to loggerheads. Plaintiff has communicated ex parte with the Court, asking that the Court allow her to retain substitute counsel, and counsel has moved to withdraw.

Given the complexity of this matter and the pending Motions, the Court will hear the Motion to Withdraw prior to any hearing on the other pending Motions. The Court therefore **ORDERS** that Plaintiff and all counsel must attend the scheduled hearing on February 9, 2012, at 11:45 am.

Dated:  January 24, 2012          s/Paul A. Magnuson
                                  Paul A. Magnuson
                                  United States District Court Judge